Paul S. Padda, Esq. (NV Bar # 10417)
Email: psp@paulpaddalaw.com
Joshua Y. Ang, Esq. (NV Bar # 14026)
Email: ja@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tele:   (702) 366-1888
Fax    (702) 366-1940
Web:   www.paulpaddalaw.com
Web:   www.thefederaldefenders.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| SIMON SINGER, individually; and GARUDA FAMILY ASSET PROTECTION TRUST; <br><br> Plaintiffs, <br><br> vs. <br><br> BRANDON STUERKE (also known as "Leroy Brandon Stuerke"), an individual; <br><br> Defendant. | CASE NO.: 2:16-cv-02526-KJD-GWF <br><br><br> **PROOF OF SERVICE** |

Pursuant to the Court's Local rules, undersigned counsel hereby files this proof of service demonstrating that Plaintiffs executed proper service upon Defendant in accordance with the requirements of Federal Rule of Civil Procedure 4(c).

…

…

…

…

…

…

- 1 -

In support of this proof, Plaintiffs rely upon the attached affidavits of attempted service and completed Proof of Service form + Summons.

DATED this 10th day of December, 2016.

Respectfully Submitted By:

PAUL PADDA LAW, PLLC

By: /s/JoshuaYAng
Joshua Y. Ang, Esq. (NV Bar # 14026)
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada  89103

*Attorney for Plaintiffs*