AFFT
Paul Padda Law, PLLC
Paul S. Padda, Esq.
4240 W. Flamingo Road, Suite 220
Las Vegas, NV 89103
State Bar No.: 10417
Attorney(s) for: Plaintiff(s)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Simon Singer, individually, Garuda Family Asset Protection Trust
vs
Brandon Stuerke (also known as "Leroy Brandon Stuerke") an individual

**Plaintiff(s)**
**Defendant(s)**

Case No.:
**2:16-CV-02526-KJD-GWF**
Dept. No.: **US DISTRIICT**
Date:
Time:

**AFFIDAVIT OF**
**ATTEMPTED SERVICE**

_Christina Tiffany_, being duly sworn deposes and says: That Affiant is and was on the day when he attempted to serve the within action, a citizen of the United States, over 18 years of age, licensed to serve civil process and not a party to or interested in, the within action: That the affiant received the within **Summons in a Civil Action; Petition to Compel Arbitration for the Adjudication of Claims of Fraud, Breach of Fiduciary Duty and Related Wrongful Acts Committed by Defendant; Civil Cover Sheet** on the **8th** day of **November, 2016** and attempted to effect service on **Brandon Stuerke (also known as "Leroy Brandon Stuerke") an individual** at the following address(es): **Automated Advisor, Inc., 1506 Chapel Hill Road, Suite E, Columbia, MO 65203**. Below are listed that date(s) and time(s) of attempted service.

| Date | Time | Address | Outcome |
|---|---|---|---|
| 11/8/16 | 2:14PM | As above | Address corresponds to Convergence Financial. Employee advised Automated Advisors has not been at the address for years and advised they have no record of Brandon Stuerke ever working for Convergence. |

State of _Missouri_, County of _Boone_

SUBSCRIBED AND SWORN to before me on this
_14th_ day of _November_, _2016_

_Garlandra King_
Notary Public

GARLANDRA S. KING
Notary Public - Notary Seal
State of Missouri
County of Boone
My Commission Expires June 29, 2019
Commission #15636449

Affiant: _C. Tiffany / Christina Tiffany_

WorkOrderNo **1608169**

AFFT
Paul Padda Law, PLLC
Paul S. Padda, Esq.
4240 W. Flamingo Road, Suite 220
Las Vegas, NV 89103
State Bar No.: 10417
Attorney(s) for: Plaintiff(s)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Simon Singer, individually, Garuda Family Asset Protection Trust
                                                                    **Plaintiff(s)**
vs
Brandon Stuerke (also known as "Leroy Brandon Stuerke") an individual
                                                                    **Defendant(s)**

Case No.:
2:16-CV-02526-KJD-GWF
Dept. No.:
Date:
Time:

**AFFIDAVIT OF ATTEMPTED SERVICE**

**Christine Mason,** being duly sworn deposes and says: That Affiant is and was on the day when he attempted to serve the within action, a citizen of the United States, over 18 years of age, licensed to serve civil process and not a party to or interested in, the within action: That the affiant received the within **Summons in a Civil Action; Petition to Compel Arbitration for the Adjudication of Claims of Fraud, Breach of Fiduciary Duty and Related Wrongful Acts Committed by Defendant; Civil Cover Sheet** on the **8th** day of **November, 2016** and attempted to effect service on **Brandon Stuerke (also known as "Leroy Brandon Stuerke") an individual** at the following address(es): **203 Cleopatra Street, Fort Collins, Colorado 80525**. Below are listed that date(s) and time(s) of attempted service.

| Date | Time | Address | Outcome |
|---|---|---|---|
| 11/9/16 | 9;38 am | 203 Cleopatra St., Fort Collins, CO | No Answer |
| 11/9/16 | 6:10 pm | 203 Cleopatra St., Fort Collins, CO, (Larimer County): | A woman answered the door and said that he does not live there. She said that her name was Shannel Merrill and she moved in 3 months ago. She does not know him and gets no mail for him. She was approximately 35 years old, 5'6", 130 lbs., brn hair, no glasses. |

State of  Colorado , County of  Weld

SUBSCRIBED AND SWORN to before me on this
 14  day of  November , 2016

Notary Public

MARY L. FARR
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19924011679
MY COMMISSION EXPIRES AUGUST 31, 2020

Affiant: **Christine Mason**

WorkOrderNo **1608169**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| Simon Singer and Garuda Family Asset Protection Trust<br><br>*Plaintiff(s)*<br>v.<br>Brandon Stuerke<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:16-cv-02526-KJD-GWF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brandon Stuerke
203 Cleopatra Street
Fort Collins, CO 80525-7070

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paul S. Padda, Esq.
Paul Padda Law PLLC
4240 W. Flamingo Road, Suite 220
Las Vegas, NV 89103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON                                    November 1, 2016
CLERK                                                              DATE
*Lance S. Wilson*
(By) DEPUTY CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-02526-KJD-GWF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Brandon Stuerke (also known as "Leroy Brandon Stuerke"), an individual__

was received by me on *(date)* __11/30/2016__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* __Rebecca Stuerke, Wife, at 1925 Dakota Ct., Fort Collins, CO 80528__, a person of suitable age and discretion who resides there, on *(date)* __12/01/2016__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __12/02/2016__

*Mary Farr* (signature)
*Server's signature*

Mary Farr, Process Server
*Printed name and title*

PO Box 520
Greeley, CO 80632
*Server's address*

Additional information regarding attempted service, etc:
Also served with Summons in a Civil Action; Petition to Compel Arbitration for the Adjudication of Claims of Fraud, Breach of Fiduciary Duty and Related Wrongful Acts Committed by Defendant; Civil Cover Sheet. Served at 5:39PM.