Paul S. Padda, Esq. (NV Bar #10417)
Email: psp@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
Web: paulpaddalaw.com

Attorney for the Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SIMON SINGER, individually;
RAO GARUDA, individually
and as trustee of the GARUDA FAMILY
ASSET PROTECTION TRUST,

    Plaintiffs,

v.

BRANDON STUERKE (also known as
"Leroy Brandon Stuerke") an individual;

    Defendant.

Case No. 2:16-cv-2526-KJD-GWF

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S ORDER DIRECTING THE FILING OF A SECOND AMENDED PETITION**

**(First Request)**

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6(b)(1)(A), Plaintiffs respectfully request a short extension of time, to and until July 7, 2017, to comply with the Court's Order (ECF #29) directing Plaintiffs to file a Second Amended Petition. Currently, Plaintiffs' amended petition is due on July 29, 2017. Undersigned counsel has communicated with Louis Bubala, Esq., counsel for Defendant, who has indicated that he does not oppose this request. This is Plaintiffs counsel's first request for an extension of time for the purpose set forth herein.

. . .

. . .

In support of this motion, Plaintiffs rely upon the memorandum of points and authorities below.

## MEMORANDUM OF POINTS AND AUTHORITIES

Under FRCP 6(b)(1)(A), a party may seek to extend a deadline prior to its expiration upon a showing of "good cause." The standard to be applied by a court under FRCP 6(b)(1) is a liberal one in order to "effectuate the general purpose of seeing that cases are tried on the merits." Ahanchian v. Xenon Pictures, Inc., 624 F.3d 1253, 1258-59 (9th Cir. 2010). Good cause and/or excusable neglect "is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." Id at 1259. In this case, good cause exists to extend Plaintiffs' deadline for filing an amended petition.

During this past week, undersigned counsel was required to travel to Orlando, Florida for a deposition of an expert witness. Upon his return to the office from this cross-country trip, undersigned counsel became ill and was required to take additional time off to recuperate. Unfortunately, this absence from the office (including not having still fully recuperated) has required undersigned counsel to seek to extend a few deadlines in pending cases, including this one.

While Plaintiffs' counsel has begun drafting an amended petition, additional time will be needed to ensure its factual accuracy which will necessitate coordination with Plaintiffs. The request for extension of time made herein should provide sufficient time for the accomplishment of the foregoing. Defendant will experience no prejudice from this request and Defendant's counsel has communicated that he does not oppose this request. Additionally, counsel for the parties, who have a good working relationship, are expected to engage in a discussion next week with the goal of seeking potential resolution. The additional time requested herein will facilitate that effort.

. . .

## CONCLUSION

In light of the foregoing, Plaintiffs respectfully request that the Court provide them with additional time, to and until July 7, 2017, to file an amended petition in compliance with the Court's June 15, 2017 Order.

Respectfully submitted,

/s/ *Paul S. Padda*

Paul S. Padda, Esq.

Attorney for Plaintiffs

Dated: June 29, 2017

**IT IS SO ORDERED:**

**Plaintiffs' unopposed motion for extension of time, to and until July 7, 2017, to file an amended petition (as directed by the Court's June 15, 2017 Order) is hereby granted.**

**UNITED STATES DISTRICT JUDGE**

Dated: July 3, 2017

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 29, 2017 a copy of the foregoing document entitled "PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S ORDER DIRECTING THE FILING OF A SECOND AMENDED PETITION" was served upon all parties and counsel of record in this matter via the Court's electronic filing system ("CM/ECF").

*Paul S. Padda*

Paul S. Padda, Esq.

3