Louis M. Bubala III, Esq. (NV #8974)
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: 775.852.3900
Facsimile: 775.327.2011
Email: lbubala@kcnvlaw.com

*Attorneys for Defendant*
*BRANDON STUERKE*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SIMON SINGER, individually, and RAO GARUDA, individually and as trustee of the GARUDA FAMILY ASSET PROTECTION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDON STUERKE (also known as "Leroy Brandon Stuerke"), an individual<br><br>Defendant. | Case No.: 2:16-cv-02526-KJD-GWF<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE HIS RESPONSE TO SECOND AMENDED PETITION**<br><br>(Fourth Request) |

Plaintiffs and Defendant stipulate and agree, subject to Court approval, as follows:

1. On October 31, 2016, Plaintiffs filed a Petition to Compel Arbitration for the Adjudication of Claims of Fraud, Breach of Fiduciary Duty and Related Wrongful Acts Committed by Defendant (Ct. Dkt. #1). On January 12, 2017, Plaintiffs filed and served a First Amended Petition to Compel Arbitration (Ct. Dkt. #12). On July 7, 2017, Plaintiffs filed and served a Second Amended Petition to Compel Arbitration ("Second Petition," Ct. Dkt. #32).

2. The deadline for Defendant to file a responsive pleading to the Second Petition was previously extended three times, with the last extension granted through October 17, 2017.

3. Counsel for the parties continue discussions about various methods of resolution without reading a dispositive agreement. Plaintiff's counsel has been traveling for work over the past two weeks, and the parties seek to continue their discussions upon the return of Plaintiff's counsel to Nevada.

1

4. As to this fourth request for additional time to file a response to the Second Petition, the parties have agreed that should they fail to reach a consensual resolution that Defendant shall be allowed up to and through Friday, December 1, 2017, to either respond to the Second Petition or advise the court that they desire to participate in an early neutral evaluation.

**DATED** on this 15th day of November, 2017.

        KAEMPFER CROWELL

        By: /s/ Louis M. Bubala III
            LOUIS M. BUBALA III, ESQ.
            Counsel to Defendant

**DATED** on this 15th day of November, 2017.

        PAUL PADDA LAW, PLLC

        By: /s/ Paul S. Padda
            PAUL S. PADDA, ESQ.
            JOSHUA Y. ANG, ESQ.
            Counsel to Plaintiffs

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: 11/17/2017

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 15, 2017, a copy of the foregoing document was served through the Electronic Case Filing System of the United States District Court, District of Nevada, upon all counsel and parties of record in this matter.

                                         _/s/ Louis M. Bubala III_
                                         Louis M. Bubala III