Louis M. Bubala III, Esq. (NV #8974)
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: 775.852.3900
Facsimile: 775.327.2011
Email: lbubala@kcnvlaw.com

*Attorneys for Defendant*
BRANDON STUERKE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SIMON SINGER, individually, and RAO GARUDA, individually and as trustee of the GARUDA FAMILY ASSET PROTECTION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDON STUERKE (also known as "Leroy Brandon Stuerke"), an individual<br><br>Defendant. | Case No.: 2:16-cv-02526-KJD-GWF<br><br>**FIRST AMENDMENT TO STIPULATION AND PROPOSED ORDER SETTING SETTLEMENT, MEDIATION AND EXTENDED DEADLINE TO RESPOND TO SECOND AMENDED PETITION**<br><br>**(SIXTH REQUEST)** |

Plaintiffs and Defendant desire to extend for two weeks their prior stipulation and agree, subject to Court approval, as follows:

1. The parties are interested in the possibility of participating in the Court's early neutral evaluation with mediation before a U.S. magistrate judge.

2. However, due to the fact that the parties do not reside in Nevada and there may be jurisdictional objections if the matter is not resolved, they request that they be permitted to exchange proposals for potential settlement prior to making a final decision to formally enter the Court's mediation program, allowing them to better determine whether they may be able to reach a settlement through mediation before committing the additional resources to travel to participate in mediation, and that the Court clearly articulate that participating in the program will NOT waive any jurisdictional or other defenses or submit any party to the jurisdiction of the Court which is not already subject thereto.

3. The parties thus request a two-week extension allowing them to proceed as follows:
   a. The parties shall notify the Court on or before **January 12, 2018**, of one of two options:
      i. They seek to formally participate in the Court's mediation program; or
      ii. They do not seek to participate in the mediation program, and, accordingly, a response to the current petition to compel arbitration shall be filed by Defendant on or before **January 26, 2018**.

4. The parties agree, subject to the entry of an order approving this stipulation, that participation by the parties in mediation to be held in Las Vegas, Nevada, shall not be considered a basis for personal jurisdiction or service of process in Nevada upon any party.

**DATED** on this 28th day of December, 2017.

KAEMPFER CROWELL

By: /s/ Louis M. Bubala III
LOUIS M. BUBALA III, ESQ.
Counsel to Defendant

**DATED** on this 28th day of December, 2017.

PAUL PADDA LAW, PLLC

By: /s/ Paul S. Padda
PAUL S. PADDA, ESQ.
JOSHUA Y. ANG, ESQ.
Counsel to Plaintiffs

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: January 2, 2018