Louis M. Bubala III, Esq. (NV #8974)
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: 775.852.3900
Facsimile: 775.327.2011
Email: lbubala@kcnvlaw.com

*Attorneys for Defendant*
BRANDON STUERKE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SIMON SINGER, individually, and RAO GARUDA, individually and as trustee of the GARUDA FAMILY ASSET PROTECTION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDON STUERKE (also known as "Leroy Brandon Stuerke"), an individual,<br><br>Defendant. | Case No.: 2:16-cv-02526-KJD-GWF<br><br>**STIPULATION and ORDER REGARDING POTENTIAL SETTLEMENT OF CASE** |

Plaintiffs and Defendant stipulate and agree, subject to Court approval, as follows:

1. The parties have exchanged settlement proposals and have tentatively reached a potential resolution that will obviate the need for mediation, further proceedings and conclude this litigation.

2. However, the parties anticipate thirty (30) days to conclude settlement negotiations. On or before thirty days following entry of the order approving this stipulation, the parties shall file a status report or other appropriate papers either concluding the litigation or advising the Court of the

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

1

status of the case.

**DATED** on this 12th day of January, 2018.

KAEMPFER CROWELL

By: /s/ Louis M. Bubala III
LOUIS M. BUBALA III, ESQ.
Counsel to Defendant

**DATED** on this 12th day of January, 2018.

PAUL PADDA LAW, PLLC

By: /s/ Paul S. Padda
PAUL S. PADDA, ESQ.
JOSHUA Y. ANG, ESQ.
Counsel to Plaintiffs

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

January 16, 2018