Louis M. Bubala III, Esq.
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: 775.852.3900
Facsimile: 775.327.2011
Email: lbubala@kcnvlaw.com

*Attorneys for Defendant*
*LEROY BRANDON STUERKE*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SIMON SINGER, individually, and RAO GARUDA, individually and as trustee of the GARUDA FAMILY ASSET PROTECTION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDON STUERKE (also known as "Leroy Brandon Stuerke"), an individual,<br><br>Defendant. | Case No.: 2:16-cv-02526-KJD-GWF<br><br>**AMENDED SECOND STIPULATION and ORDER REGARDING POTENTIAL SETTLEMENT OF CASE** |

      Plaintiffs and Defendant stipulate and further agree, subject to Court approval, as follows:

      1.      On January 12, 2018, the parties filed a stipulation advising of the potential settlement of the case and providing for thirty days to conclude the settlement negotiations. ECF Doc. #45. The Court approved the stipulation on January 16, 2018, which also provided that a status report would be filed within thirty days if settlement was not concluded within that time period. ECF Doc. #46.

      2.      The parties have circulated a draft settlement agreement that, if agreed to, will conclude this litigation and obviate the need for mediation or further proceedings.

      3.      However, the parties anticipate requiring another fourteen (14) days to **continue** settlement negotiations. On or before fourteen days following entry of the order approving this

second stipulation, the parties shall file a status report or other appropriate papers either concluding the litigation or advising the Court of the status of the case.

**DATED** on this 15th day of February, 2018.

        KAEMPFER CROWELL

        By: */s/ Louis M. Bubala*
            LOUIS M. BUBALA III

        Counsel to Defendant

**DATED** on this 15th day of February, 2018.

        PAUL PADDA LAW, PLLC

        By: */s/ Paul S. Padda*
            PAUL S. PADDA

        Counsel to Plaintiff

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this  20th day of February  , 2018