Louis M. Bubala III, Esq.
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: 775.852.3900
Facsimile: 775.327.2011
Email: lbubala@kcnvlaw.com

*Attorneys for Defendant*
*LEROY BRANDON STUERKE*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SIMON SINGER, individually, and RAO GARUDA, individually and as trustee of the GARUDA FAMILY ASSET PROTECTION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDON STUERKE (also known as "Leroy Brandon Stuerke"), an individual,<br><br>Defendant. | Case No.: 2:16-cv-02526-KJD-GWF<br><br>**THIRD STIPULATION and ORDER REGARDING SETTLEMENT OF CASE** |

Plaintiffs and Defendant stipulate and further agree, subject to Court approval, as follows:

1. On January 12, 2018, the parties filed a stipulation advising of the potential settlement of the case and providing for thirty days to conclude the settlement negotiations. ECF Doc. #45. The Court approved the stipulation on January 16, 2018, which also provided that a status report would be filed within thirty days if settlement was not concluded within that time period. ECF Doc. #46. On February 15, 2018, the parties stipulated to a further extension of fourteen days for settlement conclusion (ECF Doc. #48), extending settlement negotiations to March 6, 2018. ECF Doc. #49.

2. The parties have reached the terms of a settlement agreement, subject to final review and execution. The parties expect the settlement to be performed within the next thirty

(30) days. Therefore, they request a continued stay of this litigation until performance under the terms of the parties' anticipated settlement, at which time the parties will file a stipulation and order for dismissal of this action.

3. Based on the foregoing, the parties request approval of this stipulation extending conclusion of the litigation on or before April 13, 2018.

**DATED** on this 2nd day of March, 2018.

        KAEMPFER CROWELL

        By: */s/ Louis M. Bubala*
            LOUIS M. BUBALA III

        Counsel to Defendant

**DATED** on this 6th day of March, 2018.

        PAUL PADDA LAW, PLLC

        By: */s/ Paul S. Padda*
            PAUL S. PADDA

        Counsel to Plaintiff

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated : 3/07/2018