Louis M. Bubala III, Esq.
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: 775.852.3900
Facsimile: 775.327.2011
Email: lbubala@kcnvlaw.com

*Attorneys for Defendant*
*LEROY BRANDON STUERKE*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SIMON SINGER, individually, and RAO GARUDA, individually and as trustee of the GARUDA FAMILY ASSET PROTECTION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDON STUERKE (also known as "Leroy Brandon Stuerke"), an individual,<br><br>Defendant. | Case No.: 2:16-cv-02526-KJD-GWF<br><br>**FOURTH STIPULATION and ORDER REGARDING SETTLEMENT OF CASE** |

Plaintiffs and Defendant stipulate and further agree, subject to Court approval, as follows:

1. On January 12, 2018, the parties filed a stipulation advising of the potential settlement of the case and providing for thirty days to conclude the settlement negotiations. ECF Doc. #45. The Court approved the stipulation on January 16, 2018, which also provided that a status report would be filed within thirty days if settlement was not concluded within that time period. ECF Doc. #46. On February 15, 2018, the parties stipulated to a further extension of fourteen days for settlement conclusion (ECF Doc. #48), extending settlement negotiations to March 6, 2018. ECF Doc. #49.

2. The parties have finalized the terms of their settlement agreement. The parties are currently complying with the actions required under the settlement and expect that such

performance shall be completed within the next thirty (30) days. The parties' previous stipulation anticipated that settlement would be concluded on or before April 13, 2018, but this date is premature. Therefore, they request a further stay of this litigation to allow performance, at which time the parties will file a stipulation and order for dismissal of this action.

3. Based on the foregoing, the parties request approval of this stipulation extending conclusion of the litigation on or before May 29, 2018.

**DATED** on this 13th day of April, 2018.

KAEMPFER CROWELL

By: */s/ Louis M. Bubala*
    LOUIS M. BUBALA III

Counsel to Defendant

**DATED** on this 13th day of April, 2018.

PAUL PADDA LAW, PLLC

By: */s/ Paul S. Padda*
    PAUL S. PADDA

Counsel to Plaintiff

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of April, 2018

No further extensions will be granted absent a showing why the parties cannot finalize the settlement despite the exercise of reasonable diligence.