Paul S. Padda, Esq. (NV Bar #10417)
Email: psp@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
Web: paulpaddalaw.com

Attorney for the Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SIMON SINGER, individually;
RAO GARUDA, individually
and as trustee of the GARUDA FAMILY
ASSET PROTECTION TRUST,

    Plaintiffs,

v.

BRANDON STUERKE (also known as
"Leroy Brandon Stuerke") an individual;

    Defendant.

Case No. 2:16-cv-2526-KJD-GWF

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this matter with prejudice, each party to bear its own attorneys fees and costs. The parties respectfully request that the Court approve this stipulation.

                                                                         Respectfully submitted,

/s/ Louis M. Bubala                                    /s/ Paul S. Padda

Louis M. Bubala, Esq.                              Paul S. Padda, Esq.

Attorney for Defendant                         Attorney for Plaintiffs

Dated: May 25, 2018                                Dated: May 25, 2018

IT IS SO ORDERED:

**The parties' stipulation for dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is hereby approved. This matter is hereby dismissed with prejudice. Each party to bear its own attorney's fees and costs.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: 5/29/2018

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on May 25, 2018 a copy of the foregoing document was served via the Court's electronic filing system (CM/ECF) upon all counsel and parties of record in this matter.

/s/ *Paul S. Padda*
_____
Paul S. Padda, Esq.